August 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

DUBAI FINANCIAL, LLC, Appellant

NO. 14-15-00465-CV                                   V.

VIAJES GERPA, S.A., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 26, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dubai Financial, LLC.

We further order this decision certified below for observance.